```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
```

IN RE:                                      CASE NO. 08 B 03910
    GERALD ANTHONY PRIESKOP
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-5724

------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 02/21/2008 and was not confirmed.

    The case was dismissed without confirmation 04/14/2008.
------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ASSET ACCEPTANCE LLC | UNSECURED | 383.84 | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 2631.51 | .00 | .00 |
| CONTRY CLUB BLDG A CONDO | SECURED NOT I | .00 | .00 | .00 |
| PRO SE DEBTOR | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

            Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                   ---------------       ---------------
TOTALS                    .00                     .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 07/22/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE